UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEXINGTON INSURANCE CO., as subrogee of the Confederated Tribes of Colville,<br><br>Plaintiff,<br><br>v.<br><br>ANASTACIA K. TARBUSH; DUSTY R. AUBERTIN; MARIO A. CLEVELAND; ELI W. PALMANTEER, and DOES 1-3,<br><br>Defendants. | NO:  CV-11-267-RMP<br><br>ORDER OF DISMISSAL |

BEFORE the Court are Plaintiff's Stipulation of Dismissal, **ECF No. 14**, and Notice of Voluntary Dismissal without Prejudice of Defendants Dusty R. Aubertin, Mario A. Cleveland, and Eli W. Palmanteer, ECF No. 15.  Having reviewed said documents and the file and pleadings therein, the Court finds good cause to approve the notice and the stipulation.  Accordingly,

ORDER OF DISMISSAL ~ 1

**IT IS HEREBY ORDERED:**

1.  Plaintiff's Stipulation of Dismissal, **ECF No. 14,** is **APPROVED.**
    Plaintiff's Complaint and any and all counterclaims and/or cross-claims
    are dismissed **with** prejudice and without costs regarding defendant
    Tarbush **ONLY**.

2.  Plaintiff's Notice of Voluntary Dismissal, **ECF No. 15,** is **APPROVED**.
    Plaintiff's Complaint and any and all counterclaims and/or cross-claims
    are dismissed **without** prejudice and without costs regarding defendants
    Aubertin, Cleveland, and Palmanteer **ONLY**.

3.  All pending motions, if any, are **DENIED AS MOOT**.

4.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies
to counsel, and **CLOSE** this file.

**DATED** this 4th day of January, 2012.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge


ORDER OF DISMISSAL ~ 2